

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-355-CV

DAVID JOYNER                                                           APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

------------

FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant David Joyner is attempting to appeal from the trial court's denial of his pretrial motion to recuse. An interlocutory order denying a motion to recuse is not appealable. *Means v. State*, 825 S.W.2d 260, 260–61 (Tex. App.—Houston [1st Dist.] 1992, no pet.); *see Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Wright v. State*, 969 S.W.2d 588, 589 (Tex.

---

[1] *... See* Tex. R. App. P. 47.4.

App.—Dallas 1998, no pet.); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *McKown*, 915 S.W.2d at 161.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  January 14, 2010